

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00589-CR

Gavino **RIOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 423613
Honorable Jason Wolff, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

   In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

   SIGNED February 11, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice